David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 875-6100
Fax: (415) 875-6161
Email: dnewman@nrdc.org

Attorney for Plaintiffs

Kristen Byrnes Floom, DC Bar No. 469615
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Benjamin Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0340
Fax: (202) 305-0275
Email: kristen.floom@usdoj.gov

Attorney for Federal Defendants

James P. Walsh, SBN 184620
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
Telephone: (415) 276-6500
Fax: (415) 276-6599
Email: budwalsh@dwt.com

Attorney for Defendant-Intervenor

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL et al., | **Case No. C 03-1444 CRB** |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL AND** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE et al., | |
| Defendants. | |

1 | The parties in the above-captioned case, by their respective attorneys, hereby stipulate that the action be dismissed without prejudice to either party, and that an order to that effect accordingly may be made and entered without further notice.

Respectfully submitted,

s/ David E. Newman
David E. Newman, SBN 233263
NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Plaintiffs

s/ Kristen Byrnes Floom
Kristen Byrnes Floom, DC Bar No. 469615
UNITED STATES DEPARTMENT OF JUSTICE
Attorney for Federal Defendants

s/ James P. Walsh
James P. Walsh, SBN 184620
DAVIS WRIGHT TREMAINE LLP
Attorney for Defendant-Intervenor

Dated: June 23, 2006

**STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER – Case No. C 03-1444**

**~~PROPOSED~~ ORDER**

The Court hereby dismisses the above-captioned case without prejudice to either party.

IT IS SO ORDERED.



Dated: June 28, 2006

**STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER – Case No. C 03-1444**

1